UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIL DOUGLAS RANDALL, | No. 2:16-cv-1567 AC P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO STATE PRISON-FOLSOM, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se with this putative civil rights action. Plaintiff has consented to the jurisdiction of the undersigned Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c), and Local Rule 305(a). See ECF No. 9.

Plaintiff's initial complaint in this action was filed on June 27, 2016; on August 17, 2016, plaintiff filed an amended complaint. The court's records reveal that on October 2, 2015, plaintiff filed a complaint containing virtually identical allegations in Case No. 2:15-cv-02120 DB P.[1] Plaintiff's most recent filing in that case was on November 17, 2016. Due to the duplicative nature of the instant action, this action will be dismissed.

////

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

1     Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice
2  because duplicative of Case No. 2:15-cv-02120 DB P.
3  DATED: November 30, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE